### HORACE DRESSER vs. JEREMIAH SMITH, JR.

A variation of the *month*, in a copy of a note, in declaration filed and served in the suit, the original being *March* and the copy *May*, held to be an immaterial variation, and will be disregarded on the trial. A motion to amend is unnecessary.

*Motion by plaintiff for leave to amend his bill of particulars in this cause.*—This was an action of assumpsit upon a promissory note as the plaintiff's bill of particulars and only cause of action ; the copy note in the declaration filed and in the one served was dated " *May* 5, 1844." whereas the true date in the original note, was " *March* 5, 1844. The cause was twice on the calendar and three times noticed for trial.

H. Dresser, *Counsel in pro. per.*     H. Dresser, *Atty in pro. per.*
Wm. Norton, *Defts Counsel.*     Wm. Norton, *Defts Atty.*

Jewett, Justice.—This motion seems entirely unnecessary, the variance is immaterial, and would be disregarded on the trial. The counsel can withdraw his motion on payment of $7 costs of opposing if he prefers to do so.

The motion was withdrawn on the terms mentioned.